IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JOE WINFREY MCLEMORE                                               PLAINTIFF

V.                                              CAUSE NO. 3:18-CV-293-CWR-MTP

WARDEN JOHN BRADLEY                                                DEFENDANT

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court pursuant to the Report and Recommendation of United States Magistrate Judge Michael T. Parker, which was entered on August 8, 2018. Docket No. 10. The Report and Recommendation clearly notified the parties that failure to file written objections to the findings and recommendations contained therein within 14 days after service would bar further appeal in accordance with 28 U.S.C. § 636. *Id.*

This Court, finding that there has been no submission of written objections by any party, and the deadline for filing objections expired over a month ago, hereby adopts said Report and Recommendation as the Order of this Court. Accordingly, the Defendant's Motion to Dismiss [Docket No. 7] is GRANTED and Plaintiff's Petition for Writ of Habeas Corpus [Docket No. 1] is dismissed with prejudice as untimely.

A separate Final Judgment will issue this day.

**SO ORDERED**, this the 4th day of October, 2018.

                                                s/ Carlton W. Reeves
                                                UNITED STATES DISTRICT JUDGE